AO 245B (CASDRev. 01/19) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Revocation of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987) |
| JOHN HERNANDEZ (1)<br>also known as: Robert Michael Maloney, Jr.<br>also known as: John Michael Hernandez | Case Number: 23-cr-10000-JO<br><br>Soojin Cha, Federal Defenders of San Diego, Inc.<br>Defendant's Attorney |

**Registration Number:** 24460-031

☐ -

THE DEFENDANT:

☒ admitted guilt to violation of allegation(s) No.  1.  _____

☐ was found guilty in violation of allegation(s) No. _____ after denial of guilty.

**Accordingly,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | nv1, Committed a federal, state or local offense |

Supervised Release is revoked and the defendant is sentenced as provided in page 2 through 2 of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

April 28, 2023
Date of Imposition of Sentence

*[signature]*

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

23-cr-10000-JO

AO 245B (CASD Rev. 01/19) Judgment in a Criminal Case for Revocations

| | | |
|---|---|---|
| DEFENDANT: | JOHN HERNANDEZ (1) | Judgment - Page 2 of 2 |
| CASE NUMBER: | 23-cr-10000-JO | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
1 MONTH TO RUN CONSECUTIVE TO THE SENTENCE IMPOSED IN S.D. CAL CASE NO. 23-CR-0083-JO.

☒ The court makes the following recommendations to the Bureau of Prisons:
   The Court recommends placement in or near Southern California.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

   ☐ at _____ A.M. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ on or before

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

   Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

23-cr-10000-JO